1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

12

FOR THE DISTRICT OF ARIZONA

13
14
15
16
17
18
19
20
21

| | |
|---|---|
| AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, a New York corporation, | No. CIV 99-185 TUC ACM |
| Plaintiff, | [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |
| v. | |
| INGRAM MICRO INC., a Delaware corporation, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

22        Pursuant to the stipulation of the parties herein, the complaint and related

23  counterclaim in this action are each dismissed with prejudice, pursuant to FRCP 41(a)(1).

24                          **IT IS SO ORDERED.**

25

26  Dated: 7/2/01

27                                                    Hon. Alfredo C. Marquez
                                                      United States District Judge
28

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE